Cite as 2025 Ark. App. 449

# ARKANSAS COURT OF APPEALS

DIVISION III
No. CR-24-669

| | | |
|---|---|---|
| JOHN NAYLOR | | **Opinion Delivered** October 1, 2025 |
| | APPELLANT | APPEAL FROM THE CRAIGHEAD COUNTY CIRCUIT COURT, EASTERN DISTRICT [NO. 16LCR-23-21] |
| V. | | |
| STATE OF ARKANSAS | | |
| | APPELLEE | HONORABLE CHRIS THYER, JUDGE |
| | | AFFIRMED |

### N. MARK KLAPPENBACH, Chief Judge

John Naylor appeals the order of the Craighead County Circuit Court revoking his probation and sentencing him to ten years' imprisonment. We affirm.

In November 2023, Naylor pleaded guilty to three counts of failing to register as a sex offender, each charged in a separate case, and was placed on three years of probation for each count. In April 2024, the State filed a petition to revoke Naylor's probation in all three cases based on the commission of new offenses. A combined revocation hearing in all three cases was held in June 2024. The only difference in the outcome of the cases was the sentence. In this case, the circuit court sentenced Naylor to ten years' imprisonment.

On appeal, Naylor has filed briefs with identical arguments in all three cases. Accordingly, for the reasons stated in *Naylor v. State*, 2025 Ark. App. 448 (CR-24-668), we affirm the revocation in this case.

Affirmed.

V<small>IRDEN</small> and W<small>OOD</small>, JJ., agree.

*Terry Goodwin Jones*, for appellant.

*Tim Griffin*, Att'y Gen., by: *James Hill*, Ass't Att'y Gen., for appellee.